# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 324
PENSION FUND,

    Plaintiffs,

v.

HAYES WASHED SAND &
GRAVEL CO., INC., a
Michigan corporation,

    Defendant.

Case No.: 2:19-cv-12618
Hon. Terrance G. Berg
Mag. Elizabeth A. Stafford

_____

*Sullivan, Ward, Asher & Patton, P.C.*
DAVID J. SELWOCKI (P51375)
JOHN D. McCLUNE (P51948)
MELISSA M. KELM (P81739)
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, MI 48075
(248) 746-0700
dselwocki@swappc.com
jmcclune@swappc.com
mkelm@swappc.com

*Sullivan & Leavitt, P.C.*
PAUL E. ROBINSON (P39327)
Attorney for Defendant
P.O. Box 5490
Northville, MI 48167
(248) 349-3908
pr@sullivanleavitt.com

_____

## CONSENT JUDGMENT

Upon Plaintiffs filing of a Complaint against the Defendant, and the parties desiring to enter into a Consent Judgment on the above-captioned matter, and the Court being otherwise fully advised in the premises;

***IT IS HEREBY ORDERED*** that Judgment is entered against Defendant HAYES WASHED SAND & GRAVEL CO., INC. in the amount of $163,465.54.

***IT IS FURTHER ORDERED*** that the Court will retain jurisdiction of this matter to effectuate the terms of this Consent Judgment.

DATED this 29th day of October, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

**Approved as to Form and Content:**

/s/ *David J. Selwocki*
David J. Selwocki (P51375)
Attorney for Plaintiffs

/s/ *Paul E. Robinson*
Paul E. Robinson (P39327)
Attorney for Defendant